# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Todd Ericson, a Minor [see attachment "1"] | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C09-00793 PVT |
| Los Gatos Union School District [see attachment "1"] | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

[See attachment "2"]

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrea M. Tytell, Esq.
2121 Rosecrans Ave., Ste. 1350
El Segundo, CA 90245
Phone: (310) 416-9710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: **MAR 1 7 2009**

Betty J. Walton

*Signature of Clerk of Court or Deputy Clerk*

**Attachment "1"**

Plaintiffs continued: ... by and through his Parents and Guardian ad Litem, Robert Ericson and Laura Ericson,

Defendants continued: Los Gatos-Saratoga Union High School District; The Board of Education of the Los Gatos Union School District; The Board of Education of the Los Gatos-Saratoga Union High School Distict; Dr. Suzanne Boxer-Gassman, individually and in her official capacity as Superintendent of Los Gatos Union School District; Cary Matsuoka individually and in his official capacity as Superintendent of the Los Gatos-Saratoga Union High School District; Lisa Fraser, individually and in her official capacity as Principal of Fisher Middle School; Carter Krach, a Minor; Keith Krach and Jennifer Krach as Parents and Guardians ad Litem of Carter Krach, Andreas Kramer, a Minor; Alejandra Kramer as Parent and Guardian of Andreas Kramer; and DOES 1-10, inclusive,

**Attachment "2"**

Defendants and addresses:

Los Gatos Union School District: 17010 Roberts Road, Los Gatos, CA 95032;

Los Gatos-Saratoga Union High School District: 17421 Farley Road West
Los Gatos, CA 95030;

The Board of Education of the Los Gatos Union School District: 17010 Roberts Road, Los Gatos, CA 95032;

The Board of Education of the Los Gatos-Saratoga Union High School District: 17421 Farley Road West, Los Gatos, CA 95030;

Dr. Suzanne Boxer-Gassman, individually and in her official capacity as Superintendent of Los Gatos Union School District: 17010 Roberts Road, Los Gatos, CA 95032;

Cary Matsuoka individually and in his official capacity as Superintendent of the Los Gatos-Saratoga Union High School District: 17421 Farley Road West, Los Gatos, CA 95030;

Lisa Fraser, individually and in her official capacity as Principal of Fisher Middle School: 19195 Fisher Ave., Los Gatos, CA 95032;

Carter Krach, a Minor; Keith Krach and Jennifer Krach as Parents and Guardians ad Litem of Carter Krach: 16372 Englewood Ave., Los Gatos, CA 95032;

Andreas Kramer, a Minor; Alejandra Kramer as Parent and Guardian of Andreas Kramer: 361 Social Sciences 1, Santa Cruz, CA 95064;

DOES 1-10, inclusive,