72052

MARK E. DAVIS—BAR NO. 79936
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax: 408.244.7815

Attorneys for Defendants
LOS GATOS-SARATOGA UNION
HIGH SCHOOL DISTRICT; THE
BOARD OF EDUCATION OF THE LOS
GATOS-SARATOGA UNION HIGH
SCHOOL DISTRICT; and CARY
MATSUOKA individually and in his
official capacity as Superintendent of
the Los Gatos-Saratoga Union High
School District

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Ericson, a Minor, by and through his Parents and Guardian ad Litem, Robert Ericson and Laura Ericson,<br><br>Plaintiff,<br><br>vs.<br><br>Los Gatos Union School District, et al.,<br><br>Defendants. | No. C09 00793 PVT<br><br>**DECLARATION OF MATTHEW TAMEL IN SUPPORT OF DEFENDANTS LOS GATOS-SARATOGA UNION HIGH SCHOOL DISTRICT, BOARD OF EDUCATION, AND CARY MATSUOKA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**DATE: SEPTEMBER 28, 2009**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 8, 4TH FLOOR**<br>**JUDGE JAMES WARE** |

I, MATTHEW TAMEL, declare that:

1.     I am an attorney at law duly licensed to practice before all courts of the State of California and an associate with Needham, Davis, Kepner & Young, attorneys of record for defendants Los Gatos-Saratoga Union High School District, Board of Education of the Los Gatos-Saratoga Union School District and Cary Matsuoka in this matter.

-1-

72052

-2-

2. Attached hereto as Exhibit A is a true and correct courtesy copy of the out of jurisdiction case of <u>Beanal</u> v. <u>Freeport-McMoran, Inc.</u> 197 F.3d 161 (5th Cir. 1999).

3. Attached hereto as Exhibit A is a true and correct courtesy copy of the out of jurisdiction case of <u>Calloway</u> v. <u>Boro of Glassboro Department of Police</u> 89 F.Supp.2d 543 (D.N.J. 2000).

I declare under penalty of perjury that the foregoing is true and correct and that if sworn as a witness could testify competently thereto and that this Declaration was executed on the _____23rd_____ day of June, 2009, in San Jose, California.

_____
MATTHEW J. TAMEL

Dec. Of Matthew Tamel In Support Of Defendants' Motion To Dismiss Plaintiff's Complaint
{NDKY Main\3244\72062\PLEADING\00146892.DOC}