UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

T.E.,
        Plaintiffs,                              No. C 09-0793 JW

    v.

LOS GATOS UNION SCHOOL DISTRICT, et al.,
        Defendants.
_____/

**ORDER DENYING REQUEST FOR PLAINTIFFS INSURANCE CARRIER TO ATTEND THE MEDIATION TELEPHONICALLY**

Date:     May 20, 2010
Mediator:   Peter Sherwood

      IT IS HEREBY ORDERED that the request to excuse plaintiff's insurance carrier representative, Dianna Wheeler, from personally attending the May 20, 2010 mediation before Peter Sherwood is DENIED. Ms. Wheeler has made no showing of 'extraordinary or otherwise unjustifiable hardship' as required under ADR L-R 6-10(d), and shall appear in person at the mediation.

      IT IS SO ORDERED.

May 13, 2010                 By:              *Elizabeth D. Laporte*
Dated                                                      Elizabeth D. Laporte
                                                      United States Magistrate Judge