

# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.E.,<br><br>    Plaintiff,<br><br>    vs.<br><br>Los Gatos Union School District, et al.<br><br>    Defendants. | Civil Action No.<br>CV-09-00793 JW<br><br>**ORDER SETTING HEARING ON DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br><br><br>Courtroom:   8<br><br>The Honorable James Ware |

Good cause appearing therefore, the hearing on Defendant Krach's Motion for Determination of Good Faith Settlement is set for August 23, 2010 at 9:00 a.m. in courtroom 8.

On or before **August 9, 2010**, the parties shall file all necessary documents in preparation for the hearing. Failure to do so will result in a continuance of the August 23 Hearing.

Dated: July 28, 2010

_____
JAMES WARE
United States District Judge