IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Todd Ericson, | NO. C 09-00793 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Los Gatos Union School District, et al., | |
| Defendants. | |

Pursuant to the Court's July 28, 2010 Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendants Los Gatos Union School District, Los Gatos-Saratoga Union High School District, Board of Education of Los Gatos Union School District, Board of Education of Los Gatos-Saratoga Union High School District, Dr. Suzanne Boxer-Gassman, Cynthia Ranii, Cary Matsuoka, Fraser and Dr. Holly Wade, against Plaintiff Todd Ericson, by and through his Parents and Guardian ad Litem, Robert Ericson and Laura Ericson.

Each party shall bear their own fees and costs.

Dated: July 28, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrea M. Tytell lawher@msn.com
Daniel C. Zamora dzamora@tobinlaw.com
James Richard Donahue jdonahue@cddlaw.com
Mark E. Davis mdavis@davisyounglaw.com
Matthew Joseph Tamel mtamel@davisyounglaw.com
Paul Edward Gaspari pgaspari@tobinlaw.com
Rebecca Ann Weinstein-Hamilton rhamilton@cddlaw.com

**Dated:  July 28, 2010**                                        **Richard W. Wieking, Clerk**

                                                                 **By:    /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California